Magistrate Judge Brian A. Tsuchida

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

**MAR 18 2024**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. MJ24-167 |
| Plaintiff | |
| v. | COMPLAINT for VIOLATION |
| MICHAEL KEYLON MILLER-JIMERSON, | Title 18, U.S.C. |
| Defendant. | Sections 1951(a), 2113(a), and 2 |

BEFORE, Brian A. Tsuchida, United States Magistrate Judge, U. S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

### (Hobbs Act Robbery)

On or about March 19, 2022, MICHAEL MILLER-JIMERSON did unlawfully obstruct, delay, and affect commerce and the movement of any article and commodity in commerce, by robbery, that is, MICHAEL MILLER-JIMERSON did aid and abet the knowing and willful taking and obtaining of personal property, specifically marijuana,

Complaint - 1
*United States v. Miller-Jimerson* / USAO 2024Rxxx

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  products containing marijuana, and United States currency that is the proceeds from

2  marijuana distribution, from the person and in the presence of another, specifically

3  employees of The Bakeréé, against their will, by means of actual and threatened force,

4  violence, and fear of injury, immediate and future, to their persons and other persons in

5  their company.

6      All in violation of Title 18, United States Code, Section 1951(a), (b)(1) and Title

7  18, United States Code, Section 2.

## COUNT 2

### (Attempted Bank Robbery)

10     On or about June 7, 2022, in King County, Washington, in the Western District of

11 Washington, MICHAEL MILLER-JIMERSON did by force, violence, and intimidation

12 did attempt to take, and did aid and abet the attempted taking of, from the person and

13 presence of another, money, belonging to and in the care, custody, control, management,

14 and possession of the Chase Bank located at 1200 Madison Street, Seattle, Washington, a

15 bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

16     All in violation of Title 18, United States Code, Section 2113(a), and Title 18,

17 United States Code, Section 2.

## COUNT 3

### (Bank Robbery)

20     On or about June 7, 2022, in King County, Washington, in the Western District of

21 Washington, MICHAEL MILLER-JIMERSON did by force, violence, and intimidation

22 did attempt to take, and did aid and abet the attempted taking of, from the person and

23 presence of another, approximately $48,690.00 in U.S. currency, belonging to and in the

24 care, custody, control, management, and possession of the Salal Credit Union located at

25 10724 5th Avenue Northeast, Seattle, Washington, a bank whose deposits were then

26 insured by the National Credit Union Administration Board.

27

Complaint - 2
*United States v. Miller-Jimerson* / USAO 2024R00341

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1       All in violation of Title 18, United States Code, Section 2113(a), and Title 18,

2  United States Code, Section 2.

3  ### COUNT 4

4  ### (Bank Robbery)

5       On or about June 17, 2022, in King County, Washington, in the Western District

6  of Washington, MICHAEL MILLER-JIMERSON did by force, violence, and

7  intimidation did attempt to take, and did aid and abet the attempted taking of, from the

8  person and presence of another, approximately $7,000 in U.S. currency, belonging to and

9  in the care, custody, control, management, and possession of the Chase Bank located at

10  13207 Southeast 272nd Street, Kent, Washington, a bank whose deposits were then

11  insured by the Federal Deposit Insurance Corporation.

12       All in violation of Title 18, United States Code, Section 2113(a), and Title 18,

13  United States Code, Section 2.

14       And the complainant states that this Affidavit is based on the following

15  information:

16       I, Ashley Fitzgerald, a Task Force Officer with the Federal Bureau of

17  Investigation, Seattle, Washington, being first duly sworn, hereby depose and state as

18  follows:

19  ### INTRODUCTION AND AGENT BACKGROUND

20       1.    I am a commissioned Seattle Police Department (SPD) detective and

21  Federal Bureau of Investigation (FBI) Task Force Officer assigned to the Robbery Unit

22  and the FBI Sound Regional Violent Crimes Task Force. I have approximately ten years

23  of law enforcement experience. Prior to becoming a police officer, I obtained a Bachelor

24  of Arts from the University of Washington and a Master of Public and International

25  Affairs from the University of Pittsburgh. During my career as a detective, I have

26

27

Complaint - 3
*United States v. Miller-Jimerson* / USAO 2024R00341

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  contributed to hundreds of investigations of homicide, robbery, shootings, extortion, and

2  kidnapping.

3        2.    In my role as a Task Force Officer for the FBI, I am the primary

4  investigator of bank robberies within the City of Seattle, and have worked with federal,

5  county, and municipal agencies on bank robberies occurring throughout the state of

6  Washington. I am also the primary investigator for Hobbs Act marijuana store robberies

7  in the region.

8        3.    I am an investigative law enforcement officer of the United States within

9  the meaning of 18 U.S.C. § 2510(7). As such, I am empowered to conduct investigations

10  of, and to make arrests for, violations of the Title 18, United States Code, Sections

11  1951 and 2113, and related offenses.

12        4.    The facts set forth in this Affidavit are based on my own personal

13  knowledge; knowledge obtained from other individuals during my participation in this

14  investigation, including other law enforcement personnel; review of documents and

15  records related to this investigation; communications with others who have personal

16  knowledge of the events and circumstances described herein; and information gained

17  through my training and experience.  Because this Affidavit is submitted for the purpose

18  of establishing probable cause for this Complaint, it does not set forth each and every fact

19  that I or others have learned during the course of this investigation.

20  **II.     PURPOSE OF AFFIDAVIT**

21        5.    This Affidavit is made in support of a Complaint against MICHAEL

22  MILLER-JIMERSON for one count of *Hobbs Act Robbery* in violation of Title 18,

23  United States Code, Sections 1951(a), one count of *Attempted Bank Robbery* in violation

24  of Title 18, United States Code, Section 2113(a), and two counts of *Bank Robbery* in

25  violation of Title 18, United States Code, Section 2113(a).

26

27

Complaint - 4
*United States v. Miller-Jimerson* / USAO 2024R00341

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

### III.    SUMMARY OF PROBABLE CAUSE

6.      Investigators believe MICHAEL MILLER-JIMERSON worked with Shannon George Hartfield (hereinafter, "Hartfield") to direct juveniles to commit marijuana store and bank robberies in this District. To summarize, between December 2021 and June 2022, there was a sharp increase in the number of bank and marijuana store robberies committed in King, Snohomish, Pierce, and Thurston Counties, along with a marked increase in violence associated with those robberies compared to preceding years. While investigating these robberies, detectives from state law enforcement agencies identified a pattern of behavior belonging to a group of individuals that specifically targeted marijuana stores, pawn shops, jewelry stores, and banks. In total, detectives have identified at least 45 separate armed robberies and attempted armed robberies, including one homicide, that were committed by members of the conspiracy between December 2021 and June 2022.

7.      As a result of this investigation, a grand jury in the United States District Court for the Western District of Washington indicted Hartfield on one count of conspiracy to commit bank robbery, four counts of bank robbery, one count of attempted bank robbery, and two counts of aiding and abetting carrying a firearm during and in relation to a crime of violence. The same grand jury indicted another one of MILLER-JIMERSON and Hartfield's co-conspirators, Danesxy Ortega, on one count of conspiracy to commit bank robbery, one count of bank robbery, one count of attempted bank robbery, and two counts of carrying a firearm during and in relation to a crime of violence.

8.      Ten other individuals associated with MILLER-JIMERSON or Shannon Hartfield have been charged and/or convicted in the State of Washington with felony crimes related to the robbery conspiracy.

9.      This complaint outlines probable cause that MILLER-JIMERSON aided and abetted the commission of armed marijuana store robberies in King and Pierce

Complaint - 5
*United States v. Miller-Jimerson* / USAO 2024R00341

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    Counties, and armed bank robberies and an attempted armed bank robbery in King
2    County.

### Armed Robbery of "The Bakeréé"

4        10.    On March 19, 2022, at approximately 6:46 p.m., an armed robbery occurred
5    at the "Bakeréé" marijuana dispensary located at 74 S. Lucile St. in Seattle, King County,
6    Washington. Three individuals, later identified as juveniles M.H., M.J., and J.W.,
7    entered the store and conducted an armed takeover-style robbery.

8        11.    At 6:47 hours, victim employees called 911 to report males with guns were
9    robbing the pot shop. High quality interior store security video corroborated victim
10   statements. M.H. and M.J. held the employees at gunpoint while J.W. opened the cash
11   register till and removed cash from the till. J.W. put the cash in a garbage bag, then
12   continued to fill the garbage bag with packaged marijuana product from behind the counter
13   while M.H. discharged a single 40 caliber round into the ceiling of the business. M.H.,
14   M.J., and J.W. fled the store after approximately one minute and thirty seconds and exterior
15   security video captured a silver Monte Carlo accelerating from the scene immediately after
16   the robbery.

### Armed Robbery of the "World of Weed"

18       12.    Around 11:00 p.m. the same day, M.H. and M.J. were captured on security
19   video entering the World of Weed marijuana store in Tacoma, Washington and robbing it
20   at gunpoint. They wore the same clothes worn during the robbery at the Bakeréé in
21   Seattle. During the robbery in the World of Weed, M.H. was involved in a physical
22   altercation with an employee that resulted in M.J. shooting and killing the employee. J.W.
23   remained outside the business acting as a lookout.

24       13.    M.H. was identified in both robberies by his prosthetic leg and distinctive
25   limp. A suspect with this distinctive limp was seen in at least nineteen robberies in the
26   Western District of Washington between February and April 2022.

27

Complaint - 6
*United States v. Miller-Jimerson* / USAO 2024R00341

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

14.     After the murder, a multi-agency investigation and manhunt was conducted. M.J. subsequently turned himself in to law enforcement and M.H. was located and arrested with Shannon Hartfield. M.H. and M.J. were both charged as adults in Pierce County Superior Court with murder in the first degree, unlawful possession of a firearm in the second degree, four counts of robbery in the first degree, three counts of kidnapping in the first degree, and nine counts of assault in the second degree. J.W. was arrested by Seattle Police and charged in King County Juvenile Court with robbery in the first degree for his role in the Bakeréé robbery.

**MILLER-JIMERSON's involvement in the marijuana dispensary robberies**

15.     M.H. and M.J. pled guilty to first-degree murder and other felonies in Pierce County Superior Court. They were sentenced on February 23, 2024, based on their involvement in the above robberies. As part of their pleas of guilty, they each signed a stipulation of facts that implicated MILLER-JIMERSON in the robbery that occurred at the Bakeréé and the robbery and murder that occurred at the World of Weed in Tacoma on March 19, 2022.

16.     According to their stipulations of fact, On March 19, 2022, M.H., M.J., J.W., MILLER-JIMERSON, aka "Bounce," and three others drove to a marijuana store in Auburn Washington. They came in three vehicles – M.H., M.J, and J.W. in the silver/white Monte Carlo, MILLER-JIMERSON and his younger brother in the grey Mercedes Benz, and two others in the blue Chevrolet Cruze.

17.     As M.H., M.J., and J.W. approached the store, they were stopped by an employee outside the entrance who asked them for their IDs. MILLER-JIMERSON was on the phone with the juveniles but not physically present. MILLER-JIMERSON told the juveniles over the phone not to leave the store, but they were not able to rob it. M.H., M.J., and J.W. then followed MILLER-JIMERSON to the Bakeréé marijuana store located at 74 S Lucile St. in Seattle Washington.

Complaint - 7
*United States v. Miller-Jimerson* / USAO 2024R00341

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1      *18.*    Before M.H., M.J., and J.W. entered the Bakeréé, two females associated

2  with MILLER-JIMERSON entered the Bakeréé to scope it out.  After being advised the

3  coast was clear, MILLER-JIMERSON advised M.H., M.J., and J.W. to proceed with the

4  robbery.  MILLER-JIMERSON parked nearby within eyesight of the Bakeréé.  Before

5  they entered, MILLER-JIMERSON told them to go for the safe inside the store.

6      19.    Upon entering the store, M.H. fired a round into the ceiling.  M.J. pointed

7  his gun at employee C.B.'s face and told him to fill his bag by emptying the registers.

8  J.W. quickly loaded his bag with merchandise.

9      20.    According to J.W., after the robbery, Jones, Montrell Hatfield, and J.W.

10  met with MILLER-JIMERSON. MILLER-JIMERSON took the proceeds from the

11  Bakeréé robbery and distributed those proceeds amongst the group.  MILLER-

12  JIMERSON took "more than his share."

13      21.    After the Bakeréé robbery, MILLER-JIMERSON told M.H., M.J., and J.W.

14  that they would do another robbery further away from Seattle – someplace in Tacoma.

15  Again, they all drove down to Tacoma with MILLER-JIMERSON giving directions.

16  After arriving in Tacoma, they "scoped out" several places but MILLER-JIMERSON

17  decided it was too dangerous to rob any of those places for various reasons.

18      22.    M.H., M.J., and J.W. then followed MILLER-JIMERSON to the World of

19  Weed marijuana store at 3202 E Portland Ave in Tacoma, Washington.  MILLER-

20  JIMERSON advised he had robbed the World of Weed sometime in 2021 and knew that

21  it was a good place to rob.  MILLER-JIMERSON parked his vehicle nearby at a traffic

22  light to keep an eye on M.H., M.J., and J.W.

23      *23.*    MILLER-JIMERSON was on the phone with M.H., M.J., and J.W. as they

24  went to rob World of Weed. MILLER-JIMERSON told them over the phone to proceed

25  with the robbery.

26      24.    J.W. walked about as the look-out while MILLER-JIMERSON and his

27  brother parked nearby.

Complaint - 8
*United States v. Miller-Jimerson* / USAO 2024R00341

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

25.     After M.H. and M.J. robbed the World of Weed and killed the employee as described above, they fled to meet MILLER-JIMERSON and others at a parking lot near an Applebee's in Kent.  MILLER-JIMERSON took the proceeds from the World of Weed robbery and distributed those proceeds amongst the group with MILLER-JIMERSON taking more than his share.  M.J., M.H., and MILLER-JIMERSON discussed that someone had been shot and M.J. and M.H. discussed which gun may have shot the victim.

26.     Before parting and going their separate ways, MILLER-JIMERSON collected the guns M.H. and M.J. used during the World of Weed homicide and robbery.

27.     As part of the murder investigation, Tacoma Police detectives obtained and reviewed interior and exterior security video from the World of Weed.  Detectives identified both the silver Mercedes and blue Chevy Cruze in the video, acting in concert with the Monte Carlo driven by the juveniles.  All three vehicles are on video fleeing the scene after the murder.

28.     Limited historical information and real-time location information from AT&T for a phone associated with MILLER-JIMERSON and his brother, (xxx) xxx-4802, determined that the device was in the vicinity of the armed robbery at the Bakeréé marijuana store in Seattle on March 19, 2022, as well as at the armed robbery and murder that occurred at World of Weed marijuana store in Tacoma later that evening.[1]

**Attempted Armed Robbery of the "Chase Bank – Seattle"**

29.     On June 7, 2022, at approximately 4:33 p.m., an attempted armed robbery occurred at the Chase Bank located at 1200 Madison St in Seattle, Washington. A victim called 911 to report the attempted robbery and the Chase bank alarm was activated.  The victim described one of the suspects as a Hispanic male in his 20's, 5'5", wearing a black

---

[1] This location information was obtained as part of an investigation into a March 1, 2022, marijuana store robbery of the "Novel Tree" in Bellevue, Washington that MILLER-J!MERSON's brother and Shannon Hartfield are believed to have committed.

Complaint - 9
*United States v. Miller-Jimerson* / USAO 2024R00341

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

shirt and gray pants, and the second suspect as a black male in his 20's, 5'5", wearing a black mask, black jacket with his hood up, and black sweatpants. The Hispanic male suspect was later identified as Danexsy Ortega, and the black male suspect was later identified as juvenile D.B.

30.     Seattle Police interviewed victim tellers and recovered Chase bank security video.  Danexsy Ortega and D.B. entered the bank, each with guns drawn.  Both Ortega and D.B. pointed their firearms directly at the victim tellers and forcefully pushed them into back areas, demanding to know where the money was. The victims insisted there was no money stored at that Chase bank location, and Ortega and D.B. became frustrated and left without any money or victim property and fled north on Minor Ave.

31.     At the time of the robbery, this Chase bank's deposits were insured by the Federal Deposit Insurance Corporation.

**Armed Robbery of the "Salal Credit Union"**

32.     Approximately one hour later, at 5:29 p.m. on June 7, 2022, an armed robbery occurred at the Salal Credit Union located at 10724 5th Ave NE in Seattle, Washington.  A witness called 911 and stated they observed two males with guns enter the Credit Union.  Victim tellers activated the bank hold-up alarm.

33.     Seattle Police officers arrived and interviewed victims and witnesses. Witnesses reported seeing two suspects exit the bank with suitcases and a gun. The suspects then fled southbound on 5th Ave NE in an older dark blue Kia Spectra with tinted windows.

34.     Security video was recovered and reviewed by Seattle Police Detectives. The video showed Danexsy Ortega and D.B. entering the Credit Union with guns drawn. Ortega brandished his firearm within feet of a woman holding a small baby.  Ortega and D.B. each took an employee at gunpoint and forced the employees to unlock a safe filled with cash dispensers.  Ortega and D.B. both fled the Credit Union holding multiple cash

Complaint - 10
*United States v. Miller-Jimerson* / USAO 2024R00341

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  dispensers.  Salal Credit Union later reported a loss of approximately $48,690.00 in the
2  robbery.

3      35.    Seattle Police officers located the dark blue Kia Spectra getaway vehicle
4  occupied by four individuals on I-5 South crossing the Ship Canal Bridge at
5  approximately 5:45 p.m.  The vehicle attempted to elude police, and a lengthy pursuit
6  ensued.  The vehicle took dangerous evasive action throughout the pursuit.  Ortega and
7  D.B. were both arrested after jumping out of the vehicle in South Seattle.  Ortega was
8  later federally indicted for both robberies.  D.B. was charged with robbery in the first
9  degree in king county juvenile court.

10     36.    At the time of the robbery, Salal Credit Union's deposits were insured by
11 the National Credit Union Administration Board.

### Armed Robbery of the "Chase Bank – Kent"

13     37.    On June 17, 2022, at approximately 10:20 a.m., an armed robbery occurred
14 at the Chase Bank located at 13207 SE 272nd St in Kent, Washington.  The case was
15 investigated by the Kent Police Department. Kent Police Department indicated the
16 following in their reports:

17     38.    The victim teller stated two suspects entered the bank and approached his
18 teller station.  One of the suspects said something to him about cash, and the teller
19 responded, "do you want a Cashier's check?"  The suspect then reached his right hand
20 into his right pocket and took out a note and gave it to the teller.  The note read:  "I
21 HAVE A GUN I WANT $20,000 all $100 Bills No GPS or DYE PACK!!!!!!" The
22 handwriting on the note appears to be identical to the notes used in robberies at the
23 Seattle Credit Union and Sound Credit Union in Seattle and Tukwila on May 26, 2022,
24 one of which had Shannon Hartfield's fingerprint on it.

25     39.    The victim teller gave the suspect one thousand dollars from the cash
26 dispenser, opened a drawer, and took out another six thousand dollars in $100 bills
27 grouped in $1,000.00 bundles. The teller gave the suspect an additional one thousand

Complaint - 11
*United States v. Miller-Jimerson* / USAO 2024R00341

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

dollars from the safe in mixed denominations.  The teller then told the suspect, "I do not have any more." The suspect shook his head as if he was unsatisfied but took the money and left. Both suspects walked out of the bank westbound then southbound on foot. Chase Bank security footage was recovered by Seattle Police robbery detectives and reviewed. Both suspects appeared to be young males wearing dark clothing, hooded sweatshirts, and masks.

40.    At the time of the robbery, this Chase bank's deposits were insured by the Federal Deposit Insurance Corporation.

**MILLER-JIMERSON's involvement in the June bank robberies**

41.    During the course of the robbery conspiracy investigation, Michael MILLER-JIMERSON, who was known by his alias "Bounce," was identified by detectives.

42.    The blue Chevy Cruze identified in the World of Weed investigation was identified again on security video footage from the June 7, 2022, attempted bank robbery at Chase Bank and the robbery at Salal Credit Union in Seattle.  The Cruze is registered to a person believed to be MILLER-JIMERSON'S girlfriend.  The Chevy Cruze is seen in a Walgreens parking lot located at 9456 16th Ave SW in Seattle, between 3:00 and 3:37 p.m., shortly before the robberies.  This pre-planning meeting at the Walgreens was corroborated by a witness who was a passenger in the vehicle with Ortega and D.B (hereinafter, "the passenger").[2]

43.    The passenger told Seattle Police detectives that he heard Hartfield talking on speakerphone while Hartfield arranged a meeting at the Walgreens in White Center with "Bounce."  The passenger was in the car with Hartfield. When they got to the Walgreens, two additional cars joined them.  The passenger described the cars as a blue 4-door Chevy driven by a female and a dark gray "Benz or Beamer" containing

---

[2] The passenger has no known convictions based on WASIS and III reports run today, March 18, 2024.

Complaint - 12
*United States v. Miller-Jimerson* / USAO 2024R00341

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

"Bounce." The passenger described that during the robbery the people in those cars were "watching us, making sure those kids in the back of the car (D.B. and Ortega) were doing what they were supposed to do."

44.    The passenger identified D.B. and Ortega as the two individuals that entered the banks to commit the robberies. The passenger said D.B. and Ortega were "on the phone with the people in front of us (Hartfield and MILLER-JIMERSON) when they hopped out…. They (Hartfield and MILLER-JIMERSON) don't get out they literally just sit on the phone telling the little kids what to do the whole time."

45.    After the attempted bank robbery at Chase, the passenger said Ortega and D.B. told Hartfield they didn't get anything, and he accused them of lying. They were then told by Hartfield and MILLER-JIMERSON in the gray car to "follow me, follow me." They followed the gray car to Salal Credit Union. Around this time, the passenger texted his mother and told her to call the police.

46.    As part of the Kent Police investigation of the bank robbery that occurred in Kent on June 17, 2022, security footage was obtained from the Country Glen Apartments located at 27400 132nd Ave SE, which is approximately .2 miles from the Chase Bank. The security footage was reviewed by Kent and Seattle Police detectives and found to corroborate the passenger. The footage shows three vehicles arriving in the parking lot together. The vehicles appear to be a newer model blue Chevy Cruz, a mid-2000's silver Mercedes E or S Class, and a black 2003 Acura.

47.    In the video, both bank robbery suspects can be seen exiting the silver Mercedes and going north toward the bank on foot. The driver of the Acura backed in and parked on the opposite side of the parking lot to the Mercedes. The driver then exited the vehicle. Seattle Police detectives reviewing the footage immediately recognized the driver as Shannon Hartfield.

48.    Both vehicles waited until the bank robbery suspects ran back. As the first suspect runs directly in front of Hartfield's vehicle, Hartfield's brake lights illuminate.

Complaint - 13
*United States v. Miller-Jimerson* / USAO 2024R00341

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  One suspect gets into the Mercedes and the Mercedes leaves the parking lot at a high rate

2  of speed, with Hartfield following directly behind it.  The second suspect jumps into the

3  Mercedes as it is exiting the parking lot.

4      49.    The Acura is registered to Jeremy Dubois.  Dubois was later arrested by

5  Seattle Police and confessed to his involvement in multiple February 2022 armed

6  dispensary robberies in King County that were coordinated by Hartfield.  Dubois pled

7  guilty to the robberies in King County Superior Court.

8      50.    A spree of at least eight additional bank robberies involving the same silver

9  Mercedes later occurred between June 22 and June 27, 2022.

10      51.    On July 1, 2022, plain-clothes police located the silver Mercedes that was

11  used in the bank robberies. It was occupied by at least three males, and driving without a

12  license plate in Lynnwood, Washington.  Lynnwood Police identified the driver as

13  Shannon Hartfield.  The plain-clothes officer reported the other two males in the

14  Mercedes were wearing masks.  Plain-clothes officers followed the Mercedes to at least

15  three banks and credit unions.  The vehicle appeared to be casing the banks, as most of

16  them had just closed.  Shortly after the vehicle left Lynnwood, a plain clothes Seattle

17  Police robbery detective located the Mercedes and the group of males near Aurora Ave N

18  and N 143rd St, in Seattle.  The group was joined by a blue Chevy Cruze with no license

19  plate, identical to the blue Chevy in Kent and Seattle security video footage prior to the

20  bank robberies on June 7 and June 17, 2022, and the World of Weed footage.

21      52.    Detectives later extracted instant messages from Hartfield's cell phone.

22  The messages indicate that Hartfield and MILLER-JIMERSON were in communication

23  to plan the bank robbery on the morning of June 17.  Hartfield messaged with (xxx) xxx-

24  8396, labeled "Bounce" in Hartfield's phone contacts.  The messages from Hartfield to

25  MILLER-JIMERSON include the following: "We ready find a bank; Act like u found a

26  bank; Brother find a bank tho; Brother and write the note too; Aye we using the Benz; Do

27

Complaint - 14
*United States v. Miller-Jimerson* / USAO 2024R00341

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  u want germ to drive it; Yup but make it seem like we have a bank planned out; We

2  waiting on u to find a bank bro."

3     53.    Seattle Police detectives obtained historical location information for the

4  device using (xxx) xxx-8396.  A preliminary analysis of the location data indicates the

5  device was present at the bank robberies at Chase Bank and Salal Credit Union on June 7,

6  2022, and at Chase Bank June 17, 2022.  MILLER-JIMERSON was in possession of the

7  iPhone 11 that correlated to the records (xxx) xxx-8396 when he was arrested on

8  September 26th, 2022.

9                    **IV.        CONCLUSION**

10     54.    Based on the above facts I respectfully submit that there is probable cause

11  to believe that MICHAEL MILLER-JIMERSON did knowingly and intentionally

12  commit the crime of Robbery in violation of Title 18, United States Code, Section

13  1951(a), and Attempted Bank Robbery and Bank Robbery, in violation of Title 18,

14  United States Code, Section 2113(a).

15

16                              Ashley Fitzgerald, Complainant

17                              Task Force Officer, FBI

18

19     Based on the Complaint and Affidavit sworn to before me, and subscribed in my

20  presence, the Court hereby finds that there is probable cause to believe the Defendant

21  committed the offense set forth in the Complaint.

22

23     Dated this 18th day of March, 2024.

24

25

26                              Brian A. Tsuchida

27                              United States Magistrate Judge

Complaint - 15
*United States v. Miller-Jimerson* / USAO 2024R00341

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970