UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

              Plaintiff,

   v.

MICHAEL KEYLON MILLER-JIMERSON,

              Defendant.

Case Nos. MJ23-159; MJ24-167

DETENTION ORDER

      Defendant Michael Keylon Miller-Jimerson is charged with the following crimes in two separate cases: one count of unlawful possession of a firearm, 18 U.S.C. § 922(g)(1) (Case No. MJ23-159); one count of Hobbs Act robbery, 18 U.S.C. §§ 1951(a), (b)(1), 2 (Case No. MJ24-167); one count of attempted bank robbery, 18 U.S.C. §§ 2113(a), 2 (Case No. MJ24-167); and two counts of bank robbery, 18 U.S.C. §§ 2113(a), 2 (Case No. MJ24-167). The Court held a detention hearing on March 22, 2024, pursuant to 18 U.S.C. § 3142(f)(1), and based upon the reasons for detention stated in the record and as hereafter set forth below, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     The government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(1), as Mr. Miller-Jimerson is charged with a crime of violence and a

DETENTION ORDER - 1

felony offense involving possession or use of a firearm.

2. Mr. Miller-Jimerson poses a risk of nonappearance due to his history of warrants for failing to appear for court, criminal activity while under court supervision and an inadequate release plan.

3. Mr. Miller-Jimerson poses a risk of danger due to the nature of these offenses, pattern of similar criminal conduct in the past, history of conviction for violent offenses, including domestic violence, supervision noncompliance, and history of firearms possession.

4. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Miller-Jimerson's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Miller-Jimerson shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Miller-Jimerson shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Miller-Jimerson is confined shall deliver Mr. Miller-Jimerson to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Miller-Jimerson, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 22nd day of March, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3