Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) NO. CR 22-176-LK |
| MICHAEL MILLER-JIMERSON, | ) |
| Defendant. | ) NOTICE OF STIPULATION TO PROTECTIVE ORDER |

Undersigned counsel, Timothy Lohraff, who has appeared before this Court on behalf of Defendant Michael Miller-Jimerson (Dkt #70), recognizes that protective orders regarding discovery have been previsouly filed in this case prior to counsel appearing on behalf of Mr. Miller-Jimerson. Counsel stipulates and agrees to abide by all previously entered protective orders in this case.

DATED this 3rd day of June, 2024.

Respectfully submitted,

*s/Timothy R. Lohraff*
WSBA No. 32145
Law Office of Timothy Lohraff, P.S.
5005 51st Avenue S.
Seattle WA 98118
206.940.6523
Lohrafflaw@gmail.com

NOTICE OF STIPULATION

**LAW OFFICE OF TIMOTHY LOHRAFF, P.S.**
**5005 51st Avenue S.**
**Seattle, Washington 98118**
**(206) 940-6523**
**Lohrafflaw@gmail.com**

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to appropriate parties.

*s/Timothy R. Lohraff*

NOTICE OF STIPULATION

**LAW OFFICE OF TIMOTHY LOHRAFF, P.S.**
5005 51st Avenue S.
Seattle, Washington 98118
(206) 940-6523
Lohrafflaw@gmail.com