UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>   v.<br><br>MICHAEL MILLER-JIMERSON,<br><br>                 Defendant. | CASE NO. 2:22-cr-00176-LK<br><br>ORDER GRANTING MOTION TO WITHDRAW GUILTY PLEA |

       This matter comes before the Court on Defendant Michael Miller-Jimerson's Motion to Withdraw His Previously Entered Plea of Guilty. Dkt. No. 124. No party filed an opposition.

       On May 8, 2025, Mr. Miller-Jimerson appeared before Magistrate Judge S. Kate Vaughan, waived his right to an indictment, and entered pleas of guilty to Counts 1 to 3 of the Superseding Information as to Mr. Miller-Jimerson. Dkt. Nos. 102–06. Judge Vaughan recommended that Mr. Miller-Jimerson be adjudged guilty subject to the Court's consideration of his Plea Agreement, Dkt. No. 106. Dkt. No. 107. Under Local Criminal Rule 11(i), parties have 14 days to file objections to a magistrate judge's recommendation before a district judge can accept the recommendation. Furthermore, Federal Rule of Criminal Procedure 11(d) permits a defendant to

1  "withdraw a plea of guilty or nolo contendere . . . before the court accepts the plea, for any reason or no reason[.]" Judge Vaughan's May 8 recommendation was noted for the district court's consideration on May 23, 2025. Dkt. No. 107.

On May 22, 2025, Mr. Miller-Jimerson filed a motion to withdraw his plea. Dkt. No. 124. He also indicated in his motion that he plans to move for a new attorney, *id.* at 2 n.1, which he has now done, Dkt. No. 128. Because the undersigned judge had not yet accepted his plea at the time he filed his motion, the Court GRANTS the motion, Dkt. No. 124, and DECLINES TO ADOPT Judge Vaughan's Report and Recommendation on the matter, Dkt. No. 107.

Dated this 30th day of May, 2025.

*Lauren King*

Lauren King
United States District Judge

ORDER GRANTING MOTION TO WITHDRAW GUILTY PLEA - 2