UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL MILLER-JIMERSON,<br><br>　　　　　　　Defendant. | CASE NO. 2:22-cr-00176-LK<br><br>ORDER OF DISMISSAL AS TO DEFENDANT MICHAEL MILLER-JIMERSON |

This matter comes before the Court on the motion of the United States to dismiss all pending charges in this matter against Defendant Michael Miller-Jimerson pursuant to Federal Rule of Criminal Procedure 48(a). Dkt. No. 202. Mr. Miller-Jimerson does not oppose the motion. *Id.* at 3.

Based on the information contained in the motion, the Court ORDERS that all pending counts in the above-captioned case against Mr. Miller-Jimerson are dismissed without prejudice.

Dated this 19th day of December, 2025

*Lauren King*
Lauren King
United States District Judge

ORDER OF DISMISSAL AS TO DEFENDANT MICHAEL MILLER-JIMERSON - 1